MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> PEPPERTREE HOMEOWNERS ASSOCIATION AND TOW PROPERTIES, LLC IV, <br><br> Defendants. | Case No.: 2:17-cv-01857-KJD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE** <br><br> **(FIRST REQUEST)** |

Pursuant to LR 1A 6-1 and LR 26-4, plaintiff Bank of America, N.A. **(BANA)** and defendants Peppertree Homeowners Association **(Peppertree)** and Tow Properties, LLC IV **(Tow Properties)**, through their respective counsel, stipulate and request the court briefly extend the expert disclosure deadline.

IT IS HEREBY AGREED AND STIPULATED, that the deadline for initial expert witness disclosure shall be extended by three weeks to November 28, 2017, and that the deadline for rebuttal expert disclosures shall be extended to December 29, 2017. This stipulation is submitted based on BANA's need for additional time to submit its initial expert disclosure. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

1

43405311;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Based on the foregoing, the parties respectfully request the court extend the expert and rebuttal expert disclosure as set forth above. The parties make this request in good faith and believe good cause exists for extending these deadlines.

| Dated this 17th day of November, 2017. | Dated this 17th day of November, 2017. |
|---|---|
| **Akerman LLP** | **HOA Lawyers Group, LLC** |
| */s/ Vatana Lay* | */s/ Steven T. Loizzi, Jr.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Bank of America, N.A.* | STEVEN T. LOIZZI, Jr., Esq.<br>Nevada Bar No. 10920<br>9500 W. Flamingo, Suite 204<br>Las Vegas, Nevada 89147<br>*Attorneys for Defendant Peppertree Homeowners Association* |

Dated this 17th day of November, 2017.

**Lee, Hernandez, Landrum & Garofalo**

*/s/ Elizabeth C. Spaur*
DAVID S. LEE, ESQ.
Nevada Bar No. 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 10446
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
*Attorneys for Defendant Tow Properties, LLC IV*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/20/2017

2

43405311;1