DAVID S. LEE, ESQ.
Nevada Bar No.: 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 010446
LEE, HERNANDEZ, LANDRUM
& GAROFALO
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax; (702) 314-1210
dlee@lee-lawfirm.com
bspaur@lee-lawfirm.com
Attorneys for Defendant,
TOW PROPERTIES, LLC IV

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>PEPPERTREE HOMEOWNERS ASSOCIATION and TOW PROPERTIES, LLC IV,<br><br>Defendants. | CASE NO.: 2:17-cv-01857-KJD-GWF-<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-4, Defendant, Tow Properties, LLC IV ("TOW"), through its counsel of record, David S. Lee, Esq. and Elizabeth C. Spaur, Esq., Plaintiff, Bank of America, N.A. ("BANA"), through its counsel of record, Melanie D. Morgan, Esq. and Vatana Lay, Esq., and Peppertree Homeowners Association ("HOA"), through its counsel of record, Steve Loizzi, Esq., submit this Stipulation and Order to extend discovery by sixty (60) days. This is the parties' first request for an extension.

**A. INTRODUCTION**

This dispute arises out of BANA's complaint, which asks the Court for a determination and declaration: (1) quiet title/declaratory relief of the subject property; (2) breach of NRS

1

116.1113; (3) wrongful foreclosure; and (4) injunctive relief.  Tow filed a Motion to Dismiss, which is currently pending before the Court.

### B. **STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

On August 31, 2017, the Court entered a Scheduling Order that set the following deadlines:

(a) Discovery Cut Off: January 17, 2018

(b) Last day to file motions to amend pleadings or add parties:  October 19, 2017

(c) Initial Expert Disclosures: November 17, 2017

(d) Rebuttal Expert Disclosures: December 18, 2017

(e) Dispositive Motions: February 16, 2018

On November 20, 2017, the Court entered a Stipulation and Order to Extend the Deadlines with respect to the disclosure of experts:

(a) Initial Expert Disclosures:  November 28, 2017

(b) Rebuttal Expert Disclosures: December 29, 2017

The following discovery has been completed:

(1)  BANA served its initial disclosures on January 2, 2018.

(2) HOA served its initial disclosures on October 3, 2017.

(3) BANA served its Subpoena Duces Tecum on Alessi & Koenig.

(4) BANA served its Interrogatories, Requests for Admission, and Requests for Production of Documents upon Tow and HOA on December 20, 2017.

(5) BANA served its Notice of Deposition of Rule 30(b)(6) Witness for Tow on December 20, 2017.

(6) BANA served its Notice of Deposition of Rule 30(b)(6) Witness for HOA on December 20, 2017.

/ / /

2

C. **SPECIFIC DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED**

(a) Depositions.  The parties anticipate taking the deposition of HOA, Alessi & Koenig, LLC and Tow.

D. **REASONS WHY THE DISCOVERY REMAINING WILL NOT BE COMPLETED WITHIN THE TIMES FRAMES SET BY THE DISCOVERY ORDER**

The parties have been engaging in settlement discussions as recently as November 30, 2017.  In an effort to avoid expending resources, limited discovery was completed pending the results of those discussions.  Once the discussions proved unsuccessful, BANA noticed the deposition of Rule 30(b)(6) witnesses for Tow and HOA on January 17, 2018, the date discovery is currently set to close in this matter.  Unfortunately, Tow is unable to produce its witness prior to the close of discovery.  Accordingly, the parties request a sixty (60) day continuance of the deadlines in this case in order to allow for the completion of depositions.

In addition, the parties note that the deadline for the written discovery served to date is January 16, 2018.  The information produced within those responses may lead to additional discoverable documents or witnesses.  Accordingly, a sixty (60) day continuance will also afford the parties an opportunity to complete any necessary additional discovery resulting from the review of the responses to written discovery served to date.

E. **PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

(a) Discovery Cut Off: March 19, 2018

(b) Last day to file motions to amend pleadings or add parties:  No extension requested

(c) Initial Expert Disclosures: No extension requested

(d) Rebuttal Expert Disclosures: No extension requested

(e) Dispositive Motions: April 17, 2018

/ / /

/ / /

### F. CURRENT TRIAL DATE

This case has not yet been set for trial.

Dated this 10th day of January, 2018

LEE, HERNANDEZ, LANDRUM & GAROFALO

*/s/ Elizabeth Spaur*
DAVID S. LEE, ESQ.
Nevada Bar No. 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 10446
7575 Vegas Drive, Suite 150

Dated this 10th day of January, 2018

AKERMAN LLP

*/s/ Vatana Lay*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A*

Dated this 10th day of January, 2018

HOA LAWYERS GROUP, LLC

*/s/ Steven T. Loizzi, Jr.*
STEVEN T. LOIZZI, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147
*Attorneys for Defendant Peppertree Homeowners Association*

## ORDER

**IT IS ORDERED** that the discovery deadlines are extended as stipulated and agreed to by all parties. A separate amended scheduling order will not be issued.

DATED: 1/11/2018

_____
UNITED STATES MAGISTRATE JUDGE