DAVID S. LEE, ESQ.
Nevada Bar No.: 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 010446
LEE, HERNANDEZ, LANDRUM
& GAROFALO
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax; (702) 314-1210
dlee@lee-lawfirm.com
bspaur@lee-lawfirm.com
Attorneys for Defendant,
TOW PROPERTIES, LLC IV

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>PEPPERTREE HOMEOWNERS ASSOCIATION and TOW PROPERTIES, LLC IV,<br><br>Defendants. | CASE NO.: 2:17-cv-01857-KJD-EJY<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO BANK OF AMERICA, N.A.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LR IA 6-1 and LR 26-4, Defendant, Tow Properties, LLC IV ("TOW"), through its counsel of record, David S. Lee, Esq. and Elizabeth C. Spaur, Esq., Plaintiff, Bank of America, N.A. ("BANA"), through its counsel of record, Melanie D. Morgan, Esq. and Tenesa Powell, Esq., submitted to a Stipulation and Order to extend the deadline for TOW to file an Opposition to BANA's Partial Motion for Summary Judgment, due on January 2, 2020.

In the Stipulation, previously filed with the Court, TOW and BANA stipulated to extend the deadline to January 11, 2020, which is a Saturday. The Stipulation should have read that the parties agree to extend the deadline for TOW to file an Opposition to BANA's Partial Motion for Summary Judgment to January 16, 2020.

In an effort to conserve litigation costs and allow the parties to focus on these discussions, TOW and BANA have agreed to stipulate to allow TOW until January 16, 2020 to file a response

1

to BANA's Partial Motion for Summary Judgment, in the event TOW and BANA do not reach a settlement by that date.

Dated this 6th day of January, 2020

LEE, HERNANDEZ, LANDRUM & GAROFALO

*/s/ Elizabeth Spaur*
DAVID S. LEE, ESQ.
Nevada Bar No. 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 10446
7575 Vegas Drive, Suite 150

Dated this 6th day of January, 2020

AKERMAN LLP

*/s/ Tenesa Powell*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA POWELL, ESQ.
Nevada Bar No. 12448
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A*

## ORDER

**IT IS ORDERED** that the deadline for TOW to file its Opposition to BANA's Partial Motion for Summary Judgment is January 16, 2020.

DATED: 1/15/2020

_____
UNITED STATES DISTRICT JUDGE

2