MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: holly.walker@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> PEPPERTREE HOMEOWNERS ASSOCIATION AND TOW PROPERTIES, LLC IV; <br><br> Defendants. | Case No.: 2:17-cv-01857-KJD-EJY <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Peppertree Homeowners Association and Tow Properties LLC IV (the **parties**) stipulate as follows:

1.  The real property that is the subject of this case is commonly known as 729 Nectarine Court, Henderson, Nevada 89014, APN: 178-05-621-114 (the **property**).

2.  BANA is the beneficiary of a deed of trust recorded against the property with the Clark County Recorder on July 27, 2006, as Instrument No. 20060727-0005962 (the **deed of trust**).

3.  Former property owners Michael J. Montero and Miguel T. Montero (the **borrowers**) failed to pay all assessments and other charges owed to Peppertree and, as a result, on November 20, 2013, Peppertree, through its trustee, Alessi & Koenig, LLC, foreclosed its lien pursuant to NRS 116 *et seq*., Peppertree's governing documents, and applicable Nevada law (the **HOA foreclosure sale**);

4.  Peppertree purchased the property at the HOA foreclosure sale for $11,323.34.  As a result, a trustee's deed upon sale was recorded with the Clark County Recorder on August 21, 2014,

as Instrument No. 20140821-0000359, reflecting Peppertree's foreclosure of its lien and its acquisition of the property.

5. Peppertree subsequently conveyed its interest in the property to Tow, as evidenced by the quitclaim deed recorded with the Clark County Recorder on August 21, 2014, as Instrument No. 20140821-0000790.

6. BANA serviced the loan secured by the deed of trust at the time of the HOA foreclosure sale, and currently services the loan secured by the deed of trust.

7. BANA, Peppertree and Tow have come to a resolution regarding their respective claims, counterclaims and interests in the parties.

8. BANA, Peppertree and Tow have executed a written settlement agreement, the terms of which are confidential, but under which BANA agrees to forego all right, title and interest in the property, and to disclaim its interest thereto, upon receipt of agreed-upon consideration.

9. By virtue of the settlement and BANA's disclaimer, title in the property is and hereinafter shall be vested in Tow, free and clear of all right, title and interest claimed by BANA, its success and assigns under the deed of trust, and judgment for quiet title shall be granted in favor of Tow. The court may enter an order to this effect. Notwithstanding the foregoing, the property shall remain bound and subject to any and all covenants, conditions, restrictions and reservations of Peppertree and amendments thereto, as well as any and all easements, rights-of-way, and mineral restrictions of record.

10. All other claims asserted by or against any parties to this action shall be dismissed with prejudice.

11. Nothing in this stipulation should be construed as intended to benefit any party not identified as the "parties" in this stipulation, and in particular shall not constitute a waiver or relinquishment of any claims BANA (or its authorized agents, investors, affiliates, predecessors, successors and assigns) may have against the borrowers, including the right, if any, to sue the borrowers on the note or for a deficiency judgment.

12. Nothing in this stipulation is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

13. Each party shall bear its own attorney's fees and costs in connection with this litigation, stipulation and settlement.

14. A copy of this stipulation and order for dismissal with prejudice may be recorded with the Clark County Recorder.

15. The clerk shall close this case.

DATED: August 25, 2020.

| **AKERMAN LLP** | **HOA LAWYERS GROUP, LLC** |
|---|---|
| */s/ Holly E. Walker, Esq.*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Bank of America, N.A.* | */s/ Steven T. Loizzi, Jr., Esq.*<br>STEVEN T. LOIZZI, JR., ESQ.<br>Nevada Bar No. 10920<br>9500 W. Flamingo, Suite 204<br>Las Vegas, Nevada 89147<br><br>*Attorneys for defendant Peppertree Homeowners Association* |

**LEE, HERNANDEZ, LANDRUM & CARLSON, APC**

*/s/ Elizabeth C. Spaur, Esq.*
DAVID S. LEE, ESQ.
Nevada Bar No. 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 10446
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128

*Attorneys for defendant Tow Properties, LLC IV*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/28/2020